Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: 323.962.3777; Fax: 323.962.3004
aharris@harrisandruble.com;
atreanor@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, CA 94941
Tel: 415.388.8788; Fax: 415.388.8770
dsh@northbaylawgroup.com

Attorneys for Plaintiff Ruth L. Douglas

James M. Nelson (SBN 116442)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: 916.442.1111; Fax: 916.448.1706
nelson@gtlaw.com

Robert E. King (SBN 198325)
LEGALLY NANNY ®
37 Trailwood
Irvine, CA 92620
Tel: 714.336.8864; Fax: 714.389.3971
info@legallynanny.com

Attorneys for Defendant Arcadia Health Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH L. DOUGLAS, on behalf of herself and all other similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARCADIA HEALTH SERVICES, INC. and DOE 1 through and including DOE 100,<br><br>　　　　　Defendants. | Case No: CV-11-03552 SBA<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Saundra Brown Armstrong, Oakland Courthouse, Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612<br><br>Initial Complaint filed June 15, 2011<br>Removed July 19, 2011 |

1  Based on the Joint Stipulation for Order Granting Plaintiff Leave to File First
2  Amended Complaint ("Joint Stipulation") filed by Plaintiff Ruth L. Douglas and
3  Defendant Arcadia Health Services, Inc., through their respective counsel of record, and
4  for good cause shown, Plaintiff may file a First Amended Complaint ("FAC"), which
5  FAC adds claims for relief under California Labor Code sections 226 and 2698 *et seq*.
6  The First Amended Complaint attached as Exhibit 1 to the Joint Stipulation shall be
7  deemed filed as of the day the Court executes this Order.  ***The FAC must be separately
8  filed through ECF within one day of the date this Order is filed***.  Defendant shall have
9  twenty-one (21) days from the date of the Order to respond to the FAC.

**IT IS SO ORDERED.**

DATED: 11-16-11                                  *[signature]*
                                                                   The Honorable Saundra Brown Armstrong